## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:22-cr-00199-SHL-HCA : Clerk's Court Minutes – Final Pretrial Conference

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt; Rachel A. Yaggi

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling |
|---|---|
| Government's Motion to Exclude Proffered Testimony (ECF 282) | Reserved |
| Government's Motion in Limine (ECF 288) | Reserved |
| Defendant's Motion in Limine (ECF 296) | Reserved |
| Defendant's Motion Regarding Admission of Evidence (ECF 297) | Denied Without Prejudice |

Proceedings:

Defendant is personally present and represented by retained counsel Nick Klinefeldt and Rachel A. Yaggi. The Government is represented by Assistant United States Attorneys Mikaela J. Shotwell, Ryan Wade Leemkuil, and Shai Gonzales. The Court and counsel discuss trial logistical matters. The Court addresses Defendant's Motion Regarding Admission of Audio and Video Evidence (ECF 297). The Court hears arguments from counsel. The Court will deny the Motion without prejudice. The Court addresses Government's Motion to Exclude Proffered Testimony (ECF 282) and hears arguments from counsel. The Court addresses the pending Motions in Limine and hears arguments from counsel. The Court considers the motions fully submitted and will issue written rulings as promptly as possible.

The Government makes Frye record. The Court holds colloquy with defense counsel and the defendant to confirm the record presented by the Government.

Court adjourns.

Time Start: 9:02 a.m.
Time End: 10:48 a.m.
Date: January 31, 2024

/s/ M. Mast
Deputy Clerk