IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-199 |
| v. | ) | GOVERNMENT'S TRIAL WITNESS LIST |
| BRADLEY EUGENE WENDT, | ) | |
| Defendant. | ) | |

The United States of America respectfully submits the following list of witnesses who may be called to testify in the government's case-in-chief. This list may not include all of the names of witnesses who may be called to testify in the government's case-in-chief and the government reserves its right to call additional witnesses as necessary.

1. Wynter Davis
2. James DeGroat
3. William Swift
4. Austin Funk
5. FBI Special Agent Kevin Kohler (case agent)
6. Johnathan Marcum
7. Jack Chuang
8. Colin Johnson
9. Hilda Gschweng
10. Royce Kemmann
11. Chase Cejka
12. Scott Harrison
13. Clark Orthwein
14. Sawyer Ocheltree
15. FBI Task Force Officer Kenner Hatfield
16. ATF Task Force Officer Nick Yarpe
17. Joanne Byars
18. FBI Special Agent Jason Soo
19. ATF Firearms Enforcement Officer Christopher Cochran
20. ATF Special Agent Joseph Christensen
21. ATF Special Agent Jon Schuler

1

22. Troy McClendon
23. FBI Special Agent Kevin Kohler (recalled)

          Respectfully submitted,

          Richard D. Westphal
          United States Attorney

By: */s/ Mikaela J. Shotwell*
      Mikaela J. Shotwell
      Ryan W. Leemkuil
      Shai D. Gonzales
      Assistant United States Attorneys

      U.S. Courthouse Annex
      110 East Court Avenue, Suite 286
      Des Moines, IA 50309
      Tel: (515) 473-9300
      Fax: (515) 473-9292
      Email: mikaela.shotwell@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
____U.S. Mail ____ Fax ____Hand Delivery
__X__ECF/Electronic filing ____Other means
UNITED STATES ATTORNEY
By: */s/ Mikaela J. Shotwell*