## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| | |
|---|---|
| Case No. 4:22-cr-00199-SHL-HCA | : Clerk's Court Minutes – Jury Trial Day 2 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

Court Reporter: Tonya Gerke            :   Interpreter: N/A

Motion(s) for Ruling:                            Ruling      /     Ruling Reserved

Proceedings:

8:30 a.m. Court in session for day two of jury trial. The Court takes up matters with counsel outside the presence of the jury. 8:58 a.m. Jury enters courtroom. 8:59 a.m. Testimony of William Swift resumes. 9:40 a.m. Government calls witness, Austin Funk. Witness sworn and testifies. 10:15 a.m. Jury excused from courtroom. 10:16 a.m. Court recesses. 10:31 a.m. Court reconvenes. 10:35 a.m. Jury reenters courtroom. 10:36 a.m. Government calls witness, Kevin Kohler. Witness sworn and testifies. 11:34 a.m. Government calls witness, Johnathan Marcum. Witness sworn and testifies. 12:15 p.m. Jury excused for lunch recess. 12:16 p.m. Court recesses. 1:03 p.m. Court reconvenes outside the presence of the jury. 1:07 p.m. Jury reenters courtroom. 1:08 p.m. Testimony of Johnathan Marcum resumes. 1:27 p.m. Government calls witness, Jack Chuang. Witness sworn and testifies. 2:05 p.m. Government calls witness, Colin Johnson. Witness sworn and testifies. 2:11 p.m. Government calls witness, Hilda Gschweng. Witness sworn and testifies. 2:37 p.m. Jury excused from courtroom. 2:39 p.m. Court recesses. 2:54 p.m. Court reconvenes. 2:58 p.m. Jury reenters courtroom. 2:59 p.m. Government calls witness, Scott Harrison. Witness sworn and testifies. 3:07 p.m. Government calls witness, Clark Orthwein. Witness sworn and testifies. 3:16 p.m. Government calls witness, Sawyer Ocheltree. Witness sworn and testifies. 3:42 p.m. Jurors are released for the day. The Court takes up matters with counsel outside the presence of the jury. 3:48 p.m. Court recesses. Jury trial to resume February 7, 2024, at 8:30 a.m.

Time Start: 8:30 a.m.
Time End:  3:48 p.m.
Date: February 6, 2024

/s/ M. Mast
Deputy Clerk