IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | 4:22-cr-00199-SHL-HCA<br><br>**VERDICT FORM** |

As to the crime of Conspiracy to Make False Statements to and Defraud the United States as charged in Count 1 of the Indictment, we, the jury, find Defendant BRADLEY EUGENE WENDT:

Count 1:    ____X____ Guilty                    _____ Not guilty

**Interrogatory No. 1**

If you unanimously found Defendant BRADLEY EUGENE WENDT guilty of Count 1, please indicate the conspiracy you found unanimously and beyond a reasonable doubt that Defendant BRADLEY EUGENE WENDT committed.

Please select all that apply:

____X____ Conspiracy to Make False Statements to the ATF

_____ Conspiracy to Defraud the ATF

**Interrogatory No. 2**

If you unanimously found Defendant BRADLEY EUGENE WENDT guilty of Count 1, please indicate the person(s) you found unanimously and beyond a reasonable doubt that he conspired with:

Please select all that apply:

____X____ Johnathan Marcum

____X____ Robert Williams

As to the crimes of False Statements to the ATF (Purchase Law Letters) as charged in Counts 2 and 3 of the Indictment, we, the jury, find Defendant BRADLEY EUGENE WENDT:

Count 2:        _____ Guilty                    \_\_X\_\_ Not guilty

Count 3:        \_\_X\_\_ Guilty                    _____ Not guilty

As to the crimes of False Statements to the ATF (Demonstration Law Letters) as charged in Counts 4 through 14 of the Indictment, we, the jury, find Defendant BRADLEY EUGENE WENDT:

Count 4:        _____ Guilty                    _____ Not guilty

Count 5:        _____ Guilty                    \_\_X\_\_ Not guilty

Count 6:        \_\_X\_\_ Guilty                    _____ Not guilty

Count 7:        _____ Guilty                    \_\_X\_\_ Not guilty

Count 8:        \_\_X\_\_ Guilty                    _____ Not guilty

Count 9:        \_\_X\_\_ Guilty                    _____ Not guilty

Count 10:       \_\_X\_\_ Guilty                    _____ Not guilty

Count 11:       \_\_X\_\_ Guilty                    _____ Not guilty

Count 12:       \_\_X\_\_ Guilty                    _____ Not guilty

Count 13:       \_\_X\_\_ Guilty                    _____ Not guilty

Count 14:       \_\_X\_\_ Guilty                    _____ Not guilty

As to the crime of Illegal Possession of a Machine Gun as charged in Count 15 of the Indictment, we, the jury, find Defendant BRADLEY EUGENE WENDT:

Count 15:  __X__ Guilty                          _____ Not guilty

We, the jury, unanimously agree to the verdicts above.

2/14/24

Date                                              Foreperson