IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>　　Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING** |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to continue the sentencing hearing in this case. In support of this motion, Wendt states as follows:

1.　The sentencing hearing is scheduled for 9:30 a.m. on June 14, 2024. The parties' sentencing briefs and the final Presentence Investigation Report ("PSR") are due June 7, 2024. The sentencing hearing has not previously been continued.

2.　On February 28, 2024, Wendt filed a Motion for Judgment of Acquittal and/or New Trial. Over the defense's objection, the Government received a four-week extension to file its resistance to this motion and filed it on April 4, 2024. The defense received an extra week to file its reply and did so on April 19, 2024. Oral argument on the motion has not been held or scheduled.

3.　Wendt's motion raises numerous complex legal and factual issues for the Court. While the Court has previously addressed some of the legal issues presented in this case, it did not have the benefit of the trial. And, of course, the Court has not previously addressed the factual issues presented at trial.

4.　The Court's ruling on Wendt's motion will have a significant impact on the contested issues in the PSR. The Government filed a 16 page, single-spaced statement of offense

1

conduct that Probation adopted into 61 paragraphs. The defense filed similarly lengthy objections to the draft PSR in which it objected to almost all of the offense conduct as well as several issues regarding the application of the Sentencing Guidelines. ECF, at 367. The contested issues are numerous and include the underlying law regarding machine guns, the facts at trial, and several Guideline issues.

5. Likewise, the Court's ruling on Wendt's motion will have a significant impact on the parties' briefing. In addition to the issues that will need to be addressed in the final PSR, the parties will have to simultaneously address those issues in its briefing as well as the 3553(a) factors.

6. The defense requests that the Court continue the sentencing in this case, hold oral argument at the time currently scheduled for the sentencing, and reschedule the sentencing hearing for four weeks after the date the Court issues its order on Wendt's motion. This would allow the parties three weeks to incorporate the Court's ruling into their sentencing briefs. In addition, it would allow Probation additional time to incorporate the Court's ruling into the final PSR.

7. Wendt has been on pretrial release since the inception of this case and has had absolutely no problems or issues.

8. Defense counsel has conferred with their client and with the Government. Wendt consents to this motion. The Government stated it objects to any continuance of the sentencing.

WHEREFORE, Wendt respectfully requests that the Court continue the sentencing in this case, hold oral argument at the time currently scheduled for the sentencing, and reschedule the sentencing hearing for four weeks after the date the Court issues its order on Wendt's motion.

Dated: May 23, 2024                                **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
Email: *rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*

DMS_US.364164466.1