FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   05/06/2024

Suzi Blume, Office Administrator, Crawford County Sheriff's Office (1202 Broadway, Denison, Iowa 51442, phone ███████████), was contacted by FBI Special Agent Kevin Kohler. Blume provided the following information via phone and email:

The Crawford County Sheriff's Office was notified by Iowa Department of Public Safety (administrators Brenda Burditt and Rusty Ringler) that, in light of Brad Wendt's conviction, the sheriff's office needed to repeal Wendt's peace officer status and obtain his peace officer credentials. This matter fell within the jurisdiction of Crawford County because Wendt is a resident of the county.

Crawford County Chief Deputy Roger Rasmussen contacted Wendt multiple times to serve him with the form titled "Suspension/Revocation Notice of Iowa Permit to Carry Weapons". For some time, Wendt was belligerent and refused to accept service. He was insistent that the federal judge said he could continue as chief and continue to carry firearms. Wendt refused to accept service of certified mailings. He also refused to make himself available for personal service.

Around the first of April 2024, Blume contacted ATF Special Agent Kelly Etnier for advice on what to do. At Etnier's suggestion, Blume contacted Wendt's probation officer. A few days after that, on April 3, 2024, Wendt came to the sheriff's office and accepted the paperwork from Blume (see attached).

Crawford County determined that the best course was to suspend Wendt's peace officer status now and then revoke it once Wendt is sentenced. Wendt has yet to turn in his peace officer credentials, thus he is not in compliance with the order.

**GOVERNMENT EXHIBIT 7** — 4:22-cr-199

Investigation on  05/06/2024  at  West Des Moines, Iowa, United States (Phone, Email)

File # ███████████                                             Date drafted  05/06/2024

by  KOHLER KEVIN T

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

## SUSPENSION / REVOCATION NOTICE
## IOWA PERMIT TO CARRY WEAPONS / IOWA PERMIT TO ACQUIRE PISTOLS OR REVOLVERS

**TO:** Name: WENDT, BRADLEY E.

Address: 2701 HWY 59      DENISON      IA  51442

**RE:** Permit Type: POLICE OFFICER     Permit #: 100B6XV8S     Issue Date: 7/20/2017     In: Crawford County

Effective immediately, your permit to ☒ carry ☐ acquire weapons is hereby ☒ suspended ☐ revoked for the following reason:

SEE ATTACHED CODE SECTION
724.13(1)

Therefore, you are ordered to immediately ☐ deliver ☒ mail the aforementioned permit to my office,

Sheriff Signature _Jan R Stutlht_ of **Crawford** County, Iowa **51442** Date 03/01/2024

Service: ☐ - Restricted Cerified Mail (return receipt number) _____ Date _____

☒ - Personal Service By _Suri Blume_ Date 04-03-24

SHERIFF'S COPY

---

## SUSPENSION / REVOCATION NOTICE
## IOWA PERMIT TO CARRY WEAPONS / IOWA PERMIT TO ACQUIRE PISTOLS OR REVOLVERS

**TO:** Name: WENDT, BRADLEY E.

Address: 2701 HWY 59      DENISON      IA  51442

**RE:** Permit Type: POLICE OFFICER     Permit #: 100B7KZWS     Issue Date: 7/21/2017     In: Crawford County

Effective immediately, your permit to ☒ carry ☐ acquire weapons is hereby ☒ suspended ☐ revoked for the following reason:

SEE ATTACHED CODE SECTION
724.13 (1)

Therefore, you are ordered to immediately ☐ deliver ☒ mail the aforementioned permit to my office,

Sheriff Signature _Jan R. Stutlht_ of **Crawford** County, Iowa **51442** Date 03/01/2024

Service: ☐ - Restricted Cerified Mail (return receipt number) _____ Date _____

☒ - Personal Service By _Suri Blume_ Date 04-03-24

SHERIFF'S COPY