IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 4:22-CR-199 |
| BRADLEY EUGENE WENDT, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| BANK IOWA, | ) |
| | ) |
| Garnishee, | ) |

**ORDER TO QUASH WRIT OF GARNISHMENT**

The defendant has entered into a payment agreement with the United States with respect to the debt to which the Writ of Garnishment was issued. The United States has moved the Court to quash the Writ of Garnishment filed October 4, 2024 (R. Doc. 415).

The Court so Orders. The Motion to Quash the Writ of Garnishment is granted.

_____
STEPHEN H. LOCHER
U.S. DISTRICT JUDGE