IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 4:22-CR-199 |
| v. | ) |
| | ) |
| BRADLEY EUGENE WENDT, | ) |
| | ) |
| Defendant. | ) |

**SATISFACTION OF JUDGMENT**

Judgment was entered in the above-entitled case against the Defendant. The judgment has been satisfied by payment of the $1,100.00 special assessment and $50,000.00 fine.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
Neal Smith Federal Building
210 Walnut St., Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

___ U.S. Mail  ___ Fax  ___ Hand Delivery  _X_ ECF/Electronic filing  ___ Other means

*/s/ Dawn Thomas, Paralegal Specialist*